IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

SHAYNE BRADLEY MOORE,                          *

            Plaintiff,                             *

v.                                                          Case No.:   1:22-CV-195-LAG-ALS

                                   *

COMMISSIONER OF SOCIAL SECURITY,

                                   *

            Defendant.                            *

_____    *

## **J U D G M E N T**

Pursuant to the Order of this Court filed June 2, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $16,893.23.

This 2nd day of June, 2026.

David W. Bunt, Clerk


s/ Michelle Paschal, Deputy Clerk